UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11CR234  HEA |
| | ) | |
| EDWARD TRAMMEL, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for

Thursday, December 8, 2011, at 11:15 a.m. in the courtroom of the undersigned.

Dated this 2nd day of December, 2011.


_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE