UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:11CR234 HEA |
| | ) |
| EDWARD TRAMMEL, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for Monday, January 23, 2011, at 12:30 p.m. in the courtroom of the undersigned.

Dated this 10th day of January, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE