UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:11CR234 HEA |
| EDWARD TRAMMEL, | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the change of plea hearing previously set in this matter for Monday, January 23, 2011, is reset to Friday, January 20, 2012, at 11:30 a.m. in the courtroom of the undersigned.

Dated this 12th day of January, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE